STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00063 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [18 U.S.C. § 2; |
| JOHN KUAALOHA HEWETT, | ) | 21 U.S.C. § 841(a)(1)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about May 16, 1996, in the District of Hawaii, defendant JOHN KUAALOHA HEWETT did knowingly and intentionally distribute a quantity of crystal methamphetamine - "ice" - in excess of ten grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The Grand Jury further charges that:

On or about September 23, 1996, in the District of Hawaii, defendant JOHN KUAALOHA HEWETT did knowingly and intentionally distribute a quantity of methamphetamine in excess of ten grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about June 2, 1997, in the District of Hawaii, defendant JOHN KUAALOHA HEWETT did knowingly and intentionally distribute a quantity of crystal methamphetamine - "ice" - in excess of ten grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges that:

On or about December 12, 1997, in the District of Hawaii, defendant JOHN KUAALOHA HEWETT did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice" - in excess of ten grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 5

The Grand Jury further charges that:

On or about July 21, 1998, in the District of Hawaii, defendant JOHN KUAALOHA HEWETT did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 2/10/2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. John Kuaaloha Hewett
"Indictment"
Cr. No. _____