FBI (FW) 2-10-00
AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JOHN KUAALOHA HEWETT

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 00-00063 DAE

YOU ARE HEREBY COMMANDED TO ARREST JOHN KUAALOHA HEWETT and bring him or her forthwith to the nearest magistrate to answer an Indictment , charging him or her with (brief description of offense)

Knowingly and intentionally distribute methamphetamine

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 02 min. A M
SUE BEITIA, CLERK

in violation of Title 21 United States Code, Section(s) 841(a)(1).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | February 10, 2000 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at To Be Determined    By: Barry M. Kurren, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER Special Agent Rachel A. Byrd | SIGNATURE OF ARRESTING OFFICER *Rachel A. Byrd* |
| Date of Arrest FEB 1 1 2000 | | |